IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                  CHAPTER 13 NO:

BIRON AND JANICE HAILEY                                            09-12870

## ORDER

THIS CAUSE came on for hearing on the Trustee's Motion to Dismiss for failure to file Certificate of Service of Chapter 13 Plan, and the Court, being fully advised in the premises, does hereby find and Order as follows:

THAT, the Certificate of Service having been filed.

THAT, the Trustee's Motion is denied.

SO ORDERED, this the 17th day of November, 2009.

DAVID W. HOUSTON, III
U.S. BANKRUPTCY JUDGE

SUBMITTED BY:

/S/ TERRE M. VARDAMAN
CHAPTER 13 TRUSTEE, MSB#8783
PO BOX 1326
BRANDON, MS 39043
601-825-7663